

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BUCKHORN ENERGY OAKS DISPOSAL SERVICES, LLC and OAKS DISPOSAL SERVICES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAN ENERGY HOLDING COMPANY, LLC, BRUCE BENTZ, T. J. HERRMANN, JOHN WALSH, KEN HOSTETTER, SHELDON SMITH, JOHN DOES 1-50, and JOHN DOE ENTITIES 1-5,<br><br>Defendants. | CV-16-141-BLG-SPW-CSO<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Carolyn S. Ostby, United States Magistrate Judge, who will conduct all

necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 9th day of November, 2016.

Susan P. Watters
Honorable Susan P. Watters
United States District Judge