

NOV 10 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BUCKHORN ENERGY OAKS DISPOSAL SERVICES, LLC and OAKS DISPOSAL SERVICES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAN ENERGY HOLDING COMPANY, LLC, BRUCE BENTZ, T.J. HERRMANN, JOHN WALSH, KEN HOSTETTER, SHELDON SMITH, JOHN DOES 1-50, and JOHN DOE ENTITIES 1-5,<br><br>Defendants. | CV-16-141-BLG-SPW-CSO<br><br>ORDER |

It has been brought to the Court's attention that the Parties' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in the above-captioned matter was received by the Clerk's Office. Therefore,

IT IS HEREBY ORDERED that the Court's non-consent Order (Doc. 18) dated November 9, 2016 is hereby **WITHDRAWN**, as the parties in this case

voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case.

The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 16th day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge