IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BUCKHORN ENERGY OAKS DISPOSAL SERVICES, LLC and OAKS DISPOSAL SERVICES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CLEAN ENERGY HOLDING COMPANY, LLC, BRUCE BENTZ, T.J. HERRMANN, JOHN WALSH, SHELDON SMITH, JOHN DOES 1-50, and JOHN DOE ENTITIES 1-5, <br><br> Defendants. | CV 16-141-BLG-TJC <br><br> **ORDER** |

A status conference was held in this case on November 20, 2018. After discussion and upon the agreement of the parties, IT IS HEREBY ORDERED:

1. Defendant has provided the Plaintiffs with responses to outstanding discovery requests. Therefore, pursuant to the agreement of the parties, Plaintiffs' Motion to Compel (Doc. 48) is DENIED without prejudice as MOOT. If necessary, Plaintiffs may refile the motion after they have an opportunity to complete their review of the Defendants' responses;

2. On or before December 20, 2018, the parties shall file a joint status report setting forth: (1) what effect the stay in *In re: Clean Energy Fluids Systems, LLC,* U.S. Bankruptcy Court, District of North Dakota Bky. No. 16-30497 has on this

1

case, and (2) to what extent the resolution of the issues in that case will be dispositive of the issues in this case. If the parties are unable to agree upon a joint status report addressing these issues, they may file separate reports outlining their respective positions.

3. On or before December 20, 2018, the parties shall file a proposed schedule for the completion of discovery and filing pretrial motions.

**IT IS ORDERED**.

DATED this 26th day of November, 2018

                                            TIMOTHY J. CAVAN
                                            United States Magistrate Judge