IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BUCKHORN ENERGY OAKS DISPOSAL SERVICES, LLC and OAKS DISPOSAL SERVICES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAN ENERGY HOLDING COMPANY, LLC, BRUCE BENTZ, T.J. HERRMANN, JOHN WALSH, SHELDON SMITH, JOHN DOES 1-50, and JOHN DOE ENTITIES 1-5,<br><br>Defendants. | CV 16-141-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case (Doc. 74), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED all deadlines are VACATED and all pending motions are DENIED as moot.

DATED this 16th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge